■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY CERUTI, Appellant. [17 NYS3d 646]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Knopf, J.), rendered October 25, 2011, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of assault in the second degree beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383 [2004]; *People v Bleakley*, 69 NY2d 490 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

Contrary to the defendant's contentions, the Supreme Court properly determined that he failed to make a prima facie showing that the prosecution exercised its peremptory challenges in a discriminatory manner (*see Batson v Kentucky*, 476 US 79 [1986]).

The defendant's remaining contentions are without merit. Dillon, J.P., Chambers, Hall and Hinds-Radix, JJ., concur.